UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

UNITED STATES OF AMERICA )
) 3:14-CR-89
v. )
) JUDGE REEVES
CHRISTOPHER RYAN JENKINS )

## INFORMATION ALLEGING PRIOR CONVICTIONS PURSUANT TO 21 U.S.C. § 851

The United States of America, by the United States Attorney for the Eastern District of Tennessee, hereby informs the Court and the defendant, **CHRISTOPHER RYAN JENKINS** that, if convicted of the offenses charged in the instant Indictment, the defendant will be subject, at sentencing, to an increased punishment by reason of one or more prior convictions.

Specifically, on or about, February 28, 2014, the defendant was convicted of Initiation of Process for Manufacture of Meth, a Class C felony, in violation of T.C.A. § 39-17-433, in case number 2013-CR-189A, in the Criminal/Circuit Court of Roane County, Tennessee. The defendant was sentenced to the Tennessee Department of Corrections' for three years, but to be served as three years supervised probation. See Attachment A.

The United States alleges that each of the prior conviction qualifies as a "prior conviction for a felony drug offense" that had become final before the defendant committed the acts charged in the instant Indictment. The United States alleges further that the conviction would increase the defendant's sentence upon conviction. Specifically, with the increased punishment, the defendant faces the following punishments:

Counts One and Two: a minimum mandatory term of imprisonment of at least 20 years and not more than life imprisonment, a fine of not more than $20,000,000, a term of supervised release of at least ten years, and a $100 special assessment.

1

Count Six: a term of imprisonment of not more than 20 years, a fine of up to $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

The United States moves that the defendant be ordered to affirm or deny the existence of these convictions as required by 21 U.S.C. § 851(b).

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY


*s/ Brooklyn Sawyers*
BROOKLYN SAWYERS
Assistant United States Attorney


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2014, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/ Brooklyn Sawyers*
BROOKLYN SAWYERS
Assistant United States Attorney

2