# IN THE CRIMINAL/CIRCUIT COURT FOR ROANE COUNTY, TENNESSEE

Case Number: 2013-CR-189 A  Count: 1  Counsel for the State: BILL REEDY

Judicial District: 9th  Judicial Division: ___  Counsel for the Defendant: Alan Moore

**State of Tennessee**
vs.

☐ Retained ☐ Pub Def Appt ☒ Private Atty Appt
☐ Counsel Waived ☐ Pro Se

Defendant: CHRISTOPHER RYAN JENKINS  Alias: ___  Date of Birth: 01/26/1987  Sex: Male

Race: White  SSN: 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  Driver License #: 100156547  Issuing State: TN

State ID #: ___  County Offender ID # (if applicable): ___  TOMIS/TDOC #: ___

Relationship to Victim: ___  Victim's Age: ___

State Control #: ___  Arrest Date: ___  Indictment Filing Date: ___

## JUDGMENT  ☑ Original  ☐ Amended  ☐ Corrected

**Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.**

On the 9th day of July, 2013, the defendant:

| | |
|---|---|
| ☑ Pled Guilty    ☐ Dismissed/Nolle Prosequi | **Indictment:** Class (circle one) 1st A **B** C D E  ☑ Felony ☐ Misdemeanor |
| ☐ Pled Nolo | Indicted Offense Name AND TCA §: 39-17-433 ~ INITIATION OF PROCESS FOR MANUFACTURE OF METH |
| ☐ Pled Guilty – Certified Question Findings Incorporated by Reference | Amended Offense Name AND TCA §: ___ |
| | Offense Date: 04/10/2013  County of Offense: ROANE |
| | Conviction Offense Name AND TCA §: 39-17-417 ~ ATTEMPT TO INITIATE MANUFACTURE SCH. II, |
| Is found:  ☑ Guilty  ☐ Not Guilty | **Conviction:** Class (circle one) 1st A B ©️ D E  ☑ Felony ☐ Misdemeanor |
| ☐ Jury Verdict  ☐ Not Guilty by Reason of | Is this conviction offense methamphetamine related? ☒ Yes No |
| ☐ Bench Trial | Sentence Imposed Date: **07/09/2013** |

After considering the evidence, the entire record, and in the case of sentencing, all factors in Tennessee Code Annotated Title 40, Chapter 35, all of which are incorporated by reference herein, it is ORDERED and ADJUDGED that the conviction described above is imposed hereby and that a sentence and costs are imposed as follows:

| Offender Status (Check One) | Release Eligibility (Check One) | | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|---|
| ☐ Mitigated | ☐ Mitigated 20% | ☐ Agg Rob w/Prior 100%  ☐ 1st Degree Murder | | From ___ to ___ |
| ☒ Standard | ☐ Mitigated 30% | ☐ Multiple Rapist 100%  ☐ Drug Free Zone | | |
| ☐ Multiple | ☒ Standard 30% | ☐ Child Rapist 100%  ☐ Gang Related | | From ___ to ___ |
| ☐ Persistent | ☐ Multiple 35% | ☐ Child Predator 100% | **Consecutive to:** | |
| ☐ Career | ☐ Persistent 45% | ☐ Agg Rapist 100% | | From ___ to ___ |
| ☐ Repeat Violent | ☐ Career 60% | ☐ Mult 39-17-1324 100% | | |
| | ☐ Agg Rob 85% | ☐ Att 1st Degree Murder w/SBI 85% | | From ___ to ___ |
| | ☐ Violent 100% | ☐ Agg Child Neglect/Endangerment 70% | | |
| | ☐ Repeat Viol 100% | ☐ Agg Assault w/Death 75% | | |

Sentenced To:  ☒ TDOC  ☐ County Jail  ☐ Workhouse

Sentence Length: 3 Years ___ Months ___ Days ___ Hours  ☐ Life ☐ Life w/out Parole ☐ Death

Mandatory Minimum Sentence Length: ___ 39-17-417, 39-13-513, 39-13-514, or 39-17-432 in Prohibited Zone or ___ 55-10-401 DUI 4th Offense or ___ 39-17-1324 Possession/Employment of Firearm or ___ 40-39-208, -211 Violation of Sex Offender Registry

Period of incarceration to be served prior to release on probation or Community Corrections: ___ Months ___ Days ___ Hours

Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ___ % (Misdemeanor Only)

**Alternative Sentence:** ☑ Sup Prob ☐ Unsup Prob ☐ Comm Corr (CHECK ONE BOX) 3 Years ___ Months ___ Days  Effective: 7/9/13

WAS DRUG COURT ORDERED AS A CONDITION OF THE ALTERNATIVE SENTENCE? ☐ Yes ☑ No

| Court Ordered Fees and Fines: Costs to be Paid by | Restitution: |
|---|---|
| $ ___ Court Costs  ☑ Defendant ☐ State | Victim Name ___ |
| $ 2000.00 Fine Assessed | Address ___ |
| $ ___ Traumatic Brain Injury Fund (68-55-301 et seq.) | |
| $ ___ Drug Testing Fund (TN Drug Control Act) | Total Amount $ ___  Per Month $ ___ |
| $ ___ CICF  $ ___ Sex Offender Tax | |
| $ ___ Other: ___ | ☐ Unpaid Community Service: ___ Hours ___ Days ___ Weeks ___ Months |

☑ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.
☐ Pursuant to Title 68, Chapter 11, Part 10, the clerk shall forward this judgment to the Department of Health.

**Special Conditions**

---

E. EUGENE EBLEN
Judge's Name

*E. Eugene Eblen*
Judge's Signature

28 Feb 2014
Date of Entry of Judgment

___
Counsel for State/Signature (optional)

___
Defendant/Defendant's Counsel/Signature (optional)

I ___, clerk, hereby certify that, before entry by the court, a copy of this judgment was made available to the party or parties who did not provide a signature above.

CR-3419 (Rev. 7/1/13)

RDA 1167

Case 3:14-cr-00089-KAC-JEM   Document 128-1   Filed 08/27/14   Page 1 of 1   PageID #: 279